John M. Le Blanc (155842), jleblanc@barwol.com
Misty A. Murray (196870), mmurray@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
California Physicians' Service dba Blue Shield of California (erroneously sued as Blue Shield of California)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS McVICKER and NANCY McVICKER,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA and SAN FRANCISCO MEDIA FAX INC. HEALTH CARE BENEFITS PLAN,<br><br>Defendants. | CASE NO.: C 06 04856 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br><br>CMC: December 1, 2006<br><br>Complaint Filed:   August 11, 2006 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office5\5667\414\06pleadings\stipulation to extend time.doc

Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiffs Douglas and Nancy McVicker ("Plaintiffs"), together with Defendant California Physicians' Service dba Blue Shield of California ("Blue Shield"), by and through their counsel of record, hereby stipulate to the following:

1. Blue Shield shall have ~~an additional~~ *SGW* thirty days to respond to Plaintiffs' Complaint up to and including November 7, 2006.

2. Pursuant to L.R. 6-1(a), this extension will not alter the date of any deadline already fixed by the Court.

**IT IS SO STIPULATED.**

Dated: October 9, 2006                    BARGER & WOLEN LLP

                                          By: _____
                                              JOHN M. LE BLANC
                                              MISTY A. MURRAY
                                              Attorneys for Defendant California
                                              Physicians' Service dba Blue Shield of
                                              California

Dated: October 9, 2006

                                          By: _____
                                              SAMUEL G. WARE
                                              Attorney for Plaintiffs

**IT IS SO ORDERED**
*[signature]*
Judge Samuel Conti
United States District Court
Northern District of California

-2-