1  John M. Le Blanc (155842), jleblanc@barwol.com
   Misty A. Murray (196870), mmurray@barwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California  90071
   Telephone:  (213) 680-2800
4  Facsimile:  (213) 614-7399

5  Attorneys for Defendant
   California Physicians' Service dba Blue Shield of California (erroneously sued as Blue
6  Shield of California)

7

8                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA
9

10

11  DOUGLAS McVICKER and NANCY            )   CASE NO.: C 06 04856 SC
    McVICKER,                            )
12                                       )   Hon. Samuel Conti
                 Plaintiffs,             )
                                         )   **STIPULATION TO EXTEND**
13                                       )   **RESPONSIVE PLEADING DEADLINE**
          vs.                            )
14                                       )
    BLUE SHIELD OF CALIFORNIA and SAN    )
15  FRANCISCO MEDIA FAX INC. HEALTH      )   CMC: January 26, 2007
    CARE BENEFITS PLAN,                  )
16                                       )
                 Defendants.             )   Complaint Filed:   August 11, 2006
17  _____  )

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office5\5667\414\06pleadings\stipulation to extend time fac.doc

1    Pursuant to FRCP 6(b) and L.R. 6-1(a), Plaintiffs Douglas and Nancy McVicker

2    ("Plaintiffs"), together with Defendant California Physicians' Service dba Blue Shield of California

3    ("Blue Shield"), by and through their counsel of record, hereby stipulate to the following:

4

5        1.   Blue Shield shall have an additional thirty days to respond to Plaintiffs' First

6    Amended Complaint up to and including February 2, 2007.

7

8        2.   Pursuant to L.R. 6-1(a), this extension will not alter the date of any deadline already

9    fixed by the Court.

10

11       **IT IS SO STIPULATED.**

12

13   Dated: December 22, 2006              BARGER & WOLEN LLP

14

15                                         By: _____
                                               JOHN M. LE BLANC
16                                             MISTY A. MURRAY
                                               Attorneys for Defendant California
17                                             Physicians' Service dba Blue Shield of
                                               California
18
     Dated: December 22, 2006
19

20

21                                         By: _____
                                               SAMUEL G. WARE
22                                             Attorney for Plaintiffs

23

24

25                                         IT IS SO ORDERED

26

27                                         Judge Samuel Conti

28                                         1/9/07

BARGER & WOLEN LLP
631 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800