| | |
|---|---|
| 1 | John M. Le Blanc (155842), jleblanc@barwol.com |
| | Sandra I. Weishart (089782) sweishart@barwol.com |
| 2 | Misty A. Murray (196870), mmurray@barwol.com |
| | BARGER & WOLEN LLP |
| 3 | 633 West Fifth Street, 47th Floor |
| | Los Angeles, California 90071 |
| 4 | Telephone: (213) 680-2800 |
| | Facsimile: (213) 614-7399 |
| 5 | |
| | Attorneys for Defendant |
| 6 | California Physicians' Service dba Blue Shield of |
| | California (erroneously sued as Blue Shield of |
| 7 | California) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DOUGLAS McVICKER and NANCY McVICKER, | ) | CASE NO.: C 06 04856 SC |
| | ) | |
| | ) | Hon. Samuel Conti |
| Plaintiffs, | ) | |
| | ) | **STIPULATION TO SHORTEN NOTICE** |
| vs. | ) | **FOR HEARING ON DEFENDANT'S** |
| | ) | **MOTION FOR PROTECTIVE ORDER;** |
| BLUE SHIELD OF CALIFORNIA and SAN | ) | **[PROPOSED] ORDER THEREON** |
| FRANCISCO MEDIA FAX INC. HEALTH | ) | |
| CARE BENEFITS PLAN, | ) | [Filed concurrently with Notice of Motion and |
| | ) | Motion for Protective Order, Declaration of |
| Defendants. | ) | Misty A. Murray] |
| Case 3:06-cv-04856-SC    Document 23 | ) | Filed 04/20/2007    Page 1 of 4 |
| | ) | *To be referred to Magistrate* |
| | ) | |
| | ) | |
| _____ | ) | Complaint Filed:    August 11, 2006 |

i:\office5\5667\414\07pleadings\stipulation to shorten notice.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION AND PROPOSED ORDER TO SHORTEN NOTICE FOR HEARING ON DEFENDANT'S
MOTION FOR PROTECTIVE ORDER, CASE NO. C 06 04856 SC

### [PROPOSED] ORDER

Upon consideration of the foregoing Stipulation, AND FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the Court. The briefing schedule and hearing date for Blue Shield's Motion for Protective Order filed on April 20, 2007 shall be as follows:

1) Plaintiffs shall file and serve (by facsimile or electronic mail) their Opposition by close of business on April 25, 2007;

2) Blue Shield shall file and serve (by facsimile or electronic mail) their Reply by the close of business on April 27, 2007;

3) The motion is set for hearing on ___May 9___, 2007 at _1_:_30_ p.m. in Courtroom _4_.
Magistrate Wayne D. Brazil, 1301 Clay Street, 3rd Floor, Oakland, CA 94612

IT IS SO ORDERED.

Case 3:06-cv-04856-SC    Document 23    Filed 04/23/07
Dated: __April 23, 2007__, 2007
                        Magistrate

_[signature: Wayne D. Brazil]_
JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
STIPULATION AND PROPOSED ORDER TO SHORTEN NOTICE FOR HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER, CASE NO. C 06 04856 SC