1  John M. Le Blanc (155842), jleblanc@barwol.com
   Sandra I. Weishart (089782) sweishart@barwol.com
2  Misty A. Murray (196870), mmurray@barwol.com
   BARGER & WOLEN LLP
3  633 West Fifth Street, 47th Floor
   Los Angeles, California 90071
4  Telephone: (213) 680-2800
   Facsimile: (213) 614-7399
5
   Attorneys for Defendant
6  California Physicians' Service dba Blue Shield of
   California (erroneously sued as Blue Shield of
7  California)

8               UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | DOUGLAS McVICKER and NANCY          )  CASE NO.: C 06 04856 SC
   | McVICKER,                            )
12 |                                       )  Hon. Samuel Conti
   |              Plaintiffs,              )
13 |                                       )  **STIPULATION FOR DEFENDANT TO**
   |       vs.                             )  **FILE AN AMENDED ANSWER;**
14 |                                       )  **[PROPOSED] ORDER THEREON**
   | BLUE SHIELD OF CALIFORNIA and SAN    )
15 | FRANCISCO MEDIA FAX INC. HEALTH      )
   | CARE BENEFITS PLAN,                  )
16 |                                       )
   |              Defendants.             )
17 |                                       )
   |                                       )  Motion C/O: May 25, 2007
18 |                                       )  Hearing: June 29, 2007
   |                                       )
19 | _____ )  Complaint Filed:   August 11, 2006

20

21

22

23

24

25

26

27

28

i:\office5\5667\414\07pleadings\stip to file amended answer.doc
STIPULATION AND PROPOSED ORDER FOR DEFENDANT TO FILE AN AMENDED ANSWER,
CASE NO. C 06 04856 SC

1

## STIPULATION

2

3       WHEREAS, the last day to file cross motions for summary judgment is May 25, 2007

4   and the date set for such motions to be heard is June 29, 2007;

5

6       WHEREAS, after further evaluation, counsel for Defendant Blue Shield of California

7   ("Blue Shield") desires to amend Blue Shield's answer to include two additional defenses, namely

8   laches and statute of limitations;

9

10

11      WHEREAS, Plaintiffs have agreed to permit Blue Shield to file an amended answer

12  asserting these additional defenses;

13

14      WHEREAS, if Blue Shield is not permitted to file an amended answer, Blue Shield

15  believes it will be significantly prejudiced as it would be deprived the opportunity to raise defenses

16  in the upcoming motions for summary judgment that could dispose of all or part of the claims

17  asserted in the First Amended Complaint;

18

19      WHEREAS, Blue Shield warrants that this stipulation is not interposed for purposes of

20  delay and it is not anticipated that the filing of the Amended Answer will affect any of the current

21  deadlines;

22  / / /

23  / / /

24

25

26

27

28

-2-

STIPULATION AND PROPOSED ORDER DEFENDANT TO FILE AN AMENDED ANSWER,
CASE NO. C 06 04856 SC

1              NOW THEREFORE, IT IS SO STIPULATED that Blue Shield may file the Amended

2    Answer lodged concurrently with this stipulation.

3

4    Dated: May 1 9, 2007                          BARGER & WOLEN LLP

5

6                                         By: _____
                                              JOHN M. DE BLANC
7                                             SANDRA L WEISHART
                                              MISTY A. MURRAY
8                                             Attorneys for Defendant California
                                              Physicians' Service dba Blue Shield of
9                                             California

10   Dated: May //, 2007

11

12

13                                        By: _____
                                              SAMUEL G WARE
14                                            Attorney for Plaintiffs Douglas and
                                              Nancy McVickar
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -3-

BARGER & WOLEN LLP
515 S. 19TH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1

## [PROPOSED] ORDER

2

3        Upon consideration of the foregoing Stipulation, AND FOR GOOD CAUSE

APPEARING,

4        IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the

5

Court, and Blue Shield may file its Amended Answer to Plaintiffs' First Amended Complaint.

6

7

**IT IS SO ORDERED.**

8

9

10   Dated: _____May 11_____, 2007



11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

STIPULATION AND PROPOSED ORDER DEFENDANT TO FILE AN AMENDED ANSWER,
CASE NO. C 06 04856 SC