UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS MCVICKER and NANCY MCVICKER,

        Plaintiff(s),

  v.

BLUE SHIELD OF CALIFORNIA, et al.,

        Defendant(s).

No. C06-4856 SC (BZ0

**ORDER RE OVERDUE PAPERS**

TO: Plaintiffs and defendants and their attorneys of record:

On December 11, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for April 3, 2008. Your statement was due March 28, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiffs and defendants and their attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 31, 2008

                                        _/s/ Bernard Zimmerman_
                                        Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\MCVICKER. LATE PAPERS.wpd

1