SAMUEL G. WARE (State Bar No. 105005)
KNIGHT, BOLAND & RIORDAN
80 Main St, Suite B
Tiburon, CA 94920
Telephone:   (415) 435-5822
Facsimile:   (415) 435-2078

Attorneys for Plaintiffs
Douglas McVickar and Nancy McVickar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MCVICKER AND NANCY MCVICKER<br><br>Plaintiffs,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA and SAN FRANCISCO MEDIA FAX INC. HEALTH CARE BENEFITS PLAN,<br><br>Defendants. | NO. C 06 04856 SC<br><br>Stipulation For Dismissal and Order |

It is hereby stipulated and agreed by and between the parties that this entire action may be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: April 14, 2008

_____
Attorneys for Plaintiffs

Dated: April 16, 2008

_____
Attorneys for Defendant

IT IS SO ORDERED

_____
Judge of the United States District Court

*[Seal: IT IS SO ORDERED, Judge Samuel Conti, Northern District of California]*

Stipulation for Dismissal and Order